## IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

**SAMANTHA STEPP,**
    Plaintiff,

vs.                                          CIVIL ACTION NO.: 18C-151

**ASHLEE TRANSPORT, INC.,**
a foreign corporation, and
**TERRY HARDIN,**

    Defendants.

TO:   ASHLEE TRANSPORT, INC.
        P. O. BOX 67
        LOUISA, KY 41230

SERVE:        LARRY D. WRIGHT
                1109 CHERRY KNOLL ROAD
                LOUISA, KY 41230

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve upon Guy R. Bucci, plaintiff's Attorney, whose address is P. O. Box 11070, Charleston, West Virginia 25339, an Answer, including any related counterclaim you may have, to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you. You are required to serve your answer within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above styled action.

Dated: 11/28/18                                        _____
                                                                           Clerk of the Court



DEFENDANT'S EXHIBIT A

IN THE CIRCUIT COURT OF **MINGO** COUNTY, WEST VIRGINIA

## CIVIL CASE INFORMATION STATEMENT
(Civil Cases Other than Domestic Relations)

**I. CASE STYLE:**

Case No. 18C- 151

Plaintiff(s)

Judge: **THOMPSON**

SAMANTHA STEPP

675 ELK CREEK RD

DELBARTON, WV 25670

vs.

Defendant(s)

Days to Answer: 30

Type of Service: SECRETARY OF STATE

ASHLEE TRANSPORT, INC
Name

P. O. BOX 67
Street Address

LOUISA, KY 41230
City, State, Zip Code

**II. TYPE OF CASE:**

- [✓] General Civil
- [ ] Mass Litigation *[As defined in T.C.R. 36.04(a)]*
  - [ ] Asbestos
  - [ ] FELA Asbestos
  - [ ] Other:
- [ ] Habeas Corpus/Other Extraordinary Writ
- [ ] Other:

- [ ] Adoption
- [ ] Administrative Agency Appeal
- [ ] Civil Appeal from Magistrate Court
- [ ] Miscellaneous Civil Petition
- [ ] Mental Hygiene
- [ ] Guardianship
- [ ] Medical Malpractice

**III. JURY DEMAND:** [✓] Yes [ ] No  CASE WILL BE READY FOR TRIAL BY (Month/Year): /

**IV. DO YOU OR ANY OF YOUR CLIENTS OR WITNESSES IN THIS CASE REQUIRE SPECIAL ACCOMMODATIONS?**
[ ] Yes [✓] No

IF YES, PLEASE SPECIFY:
- [ ] Wheelchair accessible hearing room and other facilites
- [ ] Reader or other auxiliary aid for the visually impaired
- [ ] Interpreter or other auxiliary aid for the deaf and hard of hearing
- [ ] Spokesperson or other auxiliary aid for the speech impaired
- [ ] Foreign language interpreter-specify language:
- [ ] Other:

Attorney Name: GUY R. BUCCI
Firm: HENDRICKSON & LONG, PLLC
Address: P. O. BOX 11070, CHARLESTON, WV 25339
Telephone: (304) 346-5500
[ ] Proceeding Without an Attorney

Representing:
- [✓] Plaintiff
- [ ] Defendant
- [ ] Cross-Defendant [ ] Cross-Complainant
- [ ] 3rd-Party Plaintiff [ ] 3rd-Party Defendant

Original and 1 copies of complaint enclosed/attached.

Dated: 11 / 28 / 2018   Signature: _____

SCA-C-100: Civil Case Information Statement (Other than Domestic Relations)   Revision Date: 12/2015

Plaintiff: SAMANTHA STEPP , et al   Case Number: 18C-51
vs.
Defendant: ASHLEE TRANSPORT, INC , et al

## CIVIL CASE INFORMATION STATEMENT
## DEFENDANT(S) CONTINUATION PAGE

TERRY HARDIN
Defendant's Name

HWY 707 BOX 8885    Days to Answer: 20
Street Address

CATLETTSBURG, KY 41129    Type of Service: CERTIFIED MAIL
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

---

Defendant's Name

    Days to Answer:
Street Address

    Type of Service:
City, State, Zip Code

SCA-C-100: Civil Case Information Statement-Defendant(s) Continuation Page    Revision Date: 12/2015

IN THE CIRCUIT COURT OF MINGO COUNTY, WEST VIRGINIA

SAMANTHA STEPP,

    Plaintiff,

v.                                                               CIVIL ACTION NO. 18-C-151
                                                               JUDGE Thompson

ASHLEE TRANSPORT, INC., a foreign corporation,
and TERRY HARDIN, a Kentucky resident,

    Defendants.

## COMPLAINT

Plaintiff Samantha Stepp, by counsel, for her Complaint against Ashlee Transport, Inc. and Terry Hardin, alleges and says as follow:

1. That the Plaintiff Samantha Stepp is a citizen and resident of Lenore, Mingo County, West Virginia.

2. That Defendant Ashlee Transport, Inc., a Kentucky Corporation, is a Kentucky Transport Company engaged in the business of freight shipping and trucking, and at all times material hereto was the owner of a 2001 Peterbilt Tractor Trailer.

3. That Defendant Terry Hardin is a citizen and resident of Kentucky, and at all times material hereto was operating said 2001 Peterbilt Tractor Trailer.

4. That the Plaintiff Samantha Stepp was at all times material hereto safely and lawfully operating a 2007 Ford F-150 Pickup Truck and traveling toward Delbarton on U.S. Route 65 in Mingo County, West Virginia.

5. That on or about January 19, 2018, at approximately 12:40 p.m., Defendant Terry Hardin negligently, carelessly, and recklessly operated the 2001 Peterbilt Tractor Trailer while traveling on U.S. Route 119 toward U.S. Route 65, in Mingo County, West Virginia, and more

1

specifically, in doing so crashed into the 2007 Ford F-150 Pickup Truck operated by the Plaintiff in violation of West Virginia highway traffic safety laws and rules.

6. That jurisdiction and venue are proper in this Court pursuant to West Virginia Code §§51-2-2 and 56-1-1 (2008) as the amount in controversy exceeds the minimum amount and the Defendants' negligent conduct occurred in Mingo County, West Virginia.

7. That as a proximate result of Defendants' negligence and carelessness, the Defendants' vehicle crashed into the vehicle operated by Samantha Stepp which she was operating in a safe and lawful manner, causing serious and permanent injury to her person as described herein which has required medical and hospital treatment and procedures and has resulted in a vocational disability.

8. That as a direct and proximate result of the negligence and carelessness of the Defendants, Plaintiff Samantha Stepp was seriously injured in the area of her neck and upper back.

9. That following the crash, Plaintiff Samantha Stepp was transported to Williamson Memorial Hospital where Plaintiff was evaluated and advised that she had sprain of ligaments of cervical spine; sprain of ligaments of thoracic spine; contusion of back wall of thorax; other sprain of left shoulder; and contusion of left knee.

10. That thereafter, Plaintiff presented at Dr. Mansoor Mahmood's office, where she complained of pain in her neck and upper back and chest. Upon evaluation, it was noted that she had chest wall injury, blunt left upper abdominal injury, cervical injury strain, and strain thoracic spine.

11. That as a further direct and proximate result of the negligence and carelessness of the Defendant, the Plaintiff has in the past, and will in the future, endure sprain of ligaments of

cervical spine.

12. As a further direct and proximate result of the negligence and carelessness of Defendants, the Plaintiff has experienced in the past and will continue in the future the following:

    a. Physical pain;

    b. Physical and vocational impairment and disability;

    c. Loss of enjoyment of life;

    d. Emotional distress;

    e. Medical, hospital and pharmacy expenses; and

    f. Annoyance and inconvenience.

WHEREFORE, Plaintiff Samantha Stepp respectfully demands judgment against Defendants, jointly and severally, in accordance with the laws of the State of West Virginia, together with pre-judgment and post-judgment interest, costs and attorney's fees and all other relief to which the Court deems the Plaintiff is entitled.

A JURY TRIAL IS DEMANDED.

                                          SAMANTHA STEPP,
                                          By Counsel,

_____
Guy R. Bucci, Esquire (WVSB # 0521)
Ashley N. Lynch, Esquire (WVSB # 11714)
HENDRICKSON & LONG, PLLC
P. O. Box 11070
Charleston, West Virginia 25339
(304) 346-5500